**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOBBY HARRIS**                                                                                            **PLAINTIFF**

**V.**                                                                                            **NO. 4:20-CV-134-DMB-DAS**

**ANDREW SAUL,**
**Commissioner of Social Security**                                                                **DEFENDANT**

**ORDER**

On May 28, 2021, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") in this appeal from the unfavorable decision of the Commissioner of Social Security regarding Bobby Harris' application for social security disability insurance benefits. Doc. #22. The R&R recommends that the decision be affirmed. *Id.* at PageID 1702. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [22] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 14th day of June, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**